**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
GUY DANILOWITZ, State Bar #257733
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GONSALVES,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTY OF SACRAMENTO;<br>Sacramento County Sheriff's Department<br>Detective KEITH BIGGERS (Badge #195);<br>and DOES 1 through 10, inclusive,<br><br>            Defendants.<br>_____/ | NO. 2:11-CV-02506 WBS DAD<br><br>**STIPULATION FOR DISMISSAL;**<br>**[~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED and agreed by and between Plaintiff JUSTIN GONSALVES and Defendants COUNTY OF SACRAMENTO and KEITH BIGGERS, by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF SACRAMENTO and KEITH BIGGERS be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    Each party is to bear his, hers or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.

Dated: August 30, 2012          LAW OFFICE OF STEWART KATZ

                                /s/ Stewart Katz
                                Stewart Katz
                                Attorney for Plaintiff,
                                JUSTIN GONSALVES

1  Dated: August 30, 2012                RANDOLPH, CREGGER & CHALFANT LLP

2                                        /s/ Robert L. Chalfant
3                                        Robert L. Chalfant
                                         Attorney for Defendants,
4                                        COUNTY OF SACRAMENTO and
                                         KEITH BIGGERS
5

6

7
                            **ORDER DISMISSING ACTION**
8

9
        **IT IS SO ORDERED.**  This entire action is dismissed with prejudice. All parties
10
to bear his, her or its own costs and attorneys' fees.
11

12
Dated:   August 31, 2012
13

14

                                        WILLIAM B. SHUBB
15                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28